

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00451-CV

Ceila Beatriz **GARCIA**,
Appellant

v.

Michael Anthony **BENAVIDES**,
Appellee

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 2018-09-32349-CV
Honorable Ron Carr, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED IN PART as it pertains to conservatorship, possession and access, and child support and REMANDED to the trial court for proceedings consistent with this opinion. The trial court's judgment is AFFIRMED IN PART in all other respects. Costs of appeal are taxed against appellee.

SIGNED January 15, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice